UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO VELASQUEZ,<br><br>       Plaintiff,<br><br>    -v.-<br><br>FOREST DELI NY CORP, et al.,<br><br>       Defendants. | 25 Civ. 1651 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  This case has been assigned to this Court for all purposes. In the Court's experience, cases of this nature often benefit from early mediation. To that end, by separate Order to be entered today, the Court is referring this case to the Court-annexed Mediation Program.

  **Counsel who have entered an appearance as of the date of this Order are directed to (1) notify counsel for all other parties in this action who have not yet appeared by serving upon each of them forthwith a copy of this Order and the Court's Individual Rules and Practices; and (2) file proof of such notice with the Court.** If unaware of the identity of counsel for those parties who have not yet appeared, counsel receiving this Order must forthwith send a copy of this Order and the Court's Individual Rules and Practices to those parties personally.

  SO ORDERED.

Dated: February 28, 2025
    New York, New York

                    _____
                    JENNIFER H. REARDEN
                    United States District Judge