UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

RICARDO VELASQUEZ,

                        Plaintiff,

            -against-

FOREST DELI NY CORP, et al.,

                     Defendants.
-------------------------------------------------------------------X

**25-CV-1651 (JHR)**

**ORDER SCHEDULING PRE-SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Pursuant to Plaintiff's filing at ECF No. 23, the pre-settlement conference call in this matter is hereby moved to **Wednesday, January 7, 2026 at 1:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [537 258 161#].**

The Clerk of the Court is respectfully directed to close the motion at ECF No. 23.

     **SO ORDERED.**

DATED:     New York, New York
             January 6, 2026

                                VALERIE FIGUEREDO
                                United States Magistrate Judge